# FIRST DISTRICT COURT OF APPEAL
# STATE OF FLORIDA

_____

No. 1D17-1726
_____

DARYL WAYNE MOLLETT,

Appellant,

v.

STATE OF FLORIDA,

Appellee.

_____

On appeal from the Circuit Court for Washington County.
Timothy Register, Judge.

August 7, 2018

PER CURIAM.

AFFIRMED.

LEWIS, KELSEY, and WINSOR, JJ., concur.

_____

***Not final until disposition of any timely and authorized motion under Fla. R. App. P. 9.330 or 9.331.***

_____

Andy Thomas, Public Defender, and David Henson, Assistant Public Defender, Tallahassee, for Appellant, and Daryl Wayne Mollett, pro se, Appellant.

Pamela Jo Bondi, Attorney General, Tallahassee, for Appellee.